# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0173
LT Case No. 2011-CF-1453

_____

ERIC T. FRAZIER,

Appellant,

v.

STATE of FLORIDA,

Appellee.

_____

3.850 appeal from Circuit Court for Clay County.
James E. Kallaher, Judge.

Eric T. Frazier, Cross City, pro se.

No Appearance for Appellee.

March 5, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., JAY, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____